PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
G. JILL BASINGER - State Bar No. 195739
jbasinger@glaserweil.com
RICHARD W. BUCKNER - State Bar No. 102545
rbuckner@glaserweil.com
CAMILLA Y. CHAN - State Bar No. 241674
cchan@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants
David Bergstein and Eugene Scher

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JULIUS R. NASSO, an individual, | Case No. 15-CV-08534-DMG (GJSx) |
| Plaintiff, | Hon. Dolly M. Gee |
| v. | **DEFENDANTS BERGSTEIN AND SCHER'S REQUEST FOR JUDICIAL NOTICE RE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT** |
| INTEGRATED ADMINISTRATION, INC, an entity of unknown origin, ET AL., | |
| Defendants. | DATE:        March 26, 2016 |
| | TIME:         9:30 a.m. |
| | COURTROOM:   7 |

Glaser Weil

1119316

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants David Bergstein and Eugene Scher (collectively, "Defendants") hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following documents:

1.     The UCC Financing Statement, file number 2008 1779519, regarding Comerica Bank's lien on the copyright for the film entitled "Nailed," which was filed and recorded with the Delaware Secretary of State.  A true and correct copy of the UCC Financing Statement is attached hereto as **Exhibit A**.

2.     The UCC Financing Statement Amendment, file number 2010 2473282, regarding Comerica Bank's lien on the copyright for the film entitled "Nailed," which was filed and recorded with the Delaware Secretary of State.  A true and correct copy of the UCC Financing Statement Amendment is attached hereto as **Exhibit B**.

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, "[t]he court may take judicial notice of a fact that is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Exhibits A and B are public records, which have been recorded with the Delaware Secretary of State and are properly judicially noticeable.  *See, e.g.*, *Grant v. Aurora Loan Servs., Inc.*, 736 F. Supp. 2d 1257, 1264 (C.D. Cal. 2010) (taking judicial notice of deed of sale, which was recorded by the Los Angeles County Recorder's office, and a reference number for the document demonstrated that it was in fact recorded).

DATED:  March 11, 2016                    GLASER WEIL FINK HOWARD
                                                          AVCHEN & SHAPIRO LLP


                                                          By:  /s/ G. Jill Basinger
                                                          PATRICIA L. GLASER
                                                          G.JILL BASINGER
                                                          RICHARD W. BUCKNER
                                                          CAMILLA Y. CHAN
                                                              Attorneys for Defendants
                                                              David Bergstein and Eugene Scher

1119316