# EXHIBIT B

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
ATTN: Ray J. Reyes, Esq.     3102867200

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
NAILED LOAN ACQUISITION COMPANY, LLC
1100 GLENDON AVENUE
19TH FLOOR

LOS ANGELES CA 90024
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 07:03 PM 07/15/2010*
*INITIAL FILING # 2008 1779519*
*AMENDMENT       # 2010 2473282*
*SRV: 100746270*

---

**1a. INITIAL FINANCING STATEMENT FILE #**
2008 1779519

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☒ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address   ☐ DELETE name   ☐ ADD name

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME: COMERICA BANK

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME: NAILED LOAN ACQUISITION COMPANY, LLC
7c. MAILING ADDRESS: 1100 GLENDON AVENUE 19TH FLOOR
CITY: LOS ANGELES     STATE: CA     POSTAL CODE: 90024     COUNTRY: US

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

**Full assignment of the collateral as set forth in Schedule A of Delware U.C.C. Financing Statement 2008 1779519 filed May 22, 2008.**

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**
Comerica Bank

**10. OPTIONAL FILER REFERENCE DATA**