| Case No. | **CV 15-8534-DMG (GJSx)** | Date | June 21, 2017 |
|---|---|---|---|

| Title | *Julius R. Nasso v. Integrated Administration, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, filed June 20, 2017, indicating that the case has settled in its entirety, this action is placed in inactive status.

By July 5, 2017 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of July 6, 2017.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Defendants Integrated Administration, Inc., Kiarash Jam, and Nailed Loan Acquisition Company, LLC's Motion to Dismiss Second Amended Complaint [Doc. # 67] and Defendants Bergstein and Scher's Motion to Dismiss Second Amended Complaint [Doc. # 68] are DENIED as moot. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.